**LAW OFFICES OF MANN & ELIAS**
Imad Y. Elias, SBN #163655
Shelby Y. Meskin, SBN Pending
8383 Wilshire Blvd #750
Beverly Hills, CA 90211
Tel:   (323) 857-9500
Fax:   (323) 857-9525

Attorney for Plaintiff
LATOYA HANSBOROUGH

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATOYA HANSBOROUGH<br><br>Plaintiff<br><br>vs.<br><br>CANDID CARE, CO. a corporation.; ASHLEE LARK, and individual; and DOES 1-100 inclusive,<br><br>Defendants | Case No.: 2:21-cv-08343-ODW-KS<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a settlement on this matter in all respects, including Plaintiff's claims for compensatory damages, general damages, punitive and exemplary damages, and reasonable statutory attorney's fees, litigation expenses and costs.  The parties have already prepared and executed a written settlement agreement.  Plaintiff will be filing a request for dismissal with prejudice.  In the meantime, Plaintiff respectfully requests that the Court vacate the Scheduling Conference currently set for January 3, 2022 pending filing of a Notice of Dismissal.

| | | |
|---|---|---|
| 1 | DATED: December 15, 2021 | LAW OFFICES OF MANN & ELIAS |
| 2 | | |
| 3 | | By: _____ |
| 4 | | IMAD Y. ELIAS<br>SHELBY Y. MESKIN |
| 5 | | Attorney for Plaintiff<br>LATOYA HANSBOROUGH |

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is Law Offices of Mann & Elias, 8383 Wilshire Boulevard, Suite 750, Beverly Hills, CA 90211. On **December 15, 2021** I served the foregoing document(s) described as:

## NOTICE OF SETTLEMENT

By sending a true copy thereof to the address listed below:

Attorney for Defendants
COREY E. KRUEGER
ARMIJO & GARCIA
555 S. Flower Street, Suite 600
Los Angeles, California 90071
Telephone: (213) 612-5335
Facsimile: (213) 612-5712
corey.krueger@armijogarcialaw.com;
diana.larenas@armijogarcialaw.com (admin)

**SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| ☐ | **By Messenger Service.** I served the documents by providing them to a professional messenger service for personal service. |
| ☐ | **By Overnight Delivery.** I deposited a sealed envelope containing a true and correct copy of the documents listed above for overnight delivery and with the postage fully prepaid. |
| ✓ | **By E-Mail or Electronic Transmission.** I caused the documents to be sent to the persons at the email address listed above in a PDF file due to the consent of the parties and because this firm continued to work remotely due to the ongoing Covid 19 pandemic. |
| ☐ | **By United States Mail.** I deposited a sealed envelope containing a true and correct copy of the documents listed above with the United States Postal Service with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California. |
| ☐ | **By Fax Transmission.** I faxed the documents to the persons at the fax number listed above, and the transmission appeared to be successful. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **December 15, 2021** at Los Angeles, California.

_____
Shelby Meskin